UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| **MARY JANE BURGESS, and those others that are similarly situated,**       )<br>)<br>)<br>**Plaintiff,**                               )<br>)<br>**v.**                                              )<br>)<br>**SOUTHERN OAKS FACILITY, INC.**  )<br>**d/b/a SOUTHERN OAKS CARE**     )<br>**CENTER, and MICHAEL BLEICH,**   )<br>)<br>**Defendants.**                         )<br>_____/ | **Case:**<br>**3:20-cv-05439-RV-HTC** |

## DEFENDANT, SOUTHERN OAKS FACILITY, INC.'S, RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, SOUTHERN OAKS FACILITY, INC. ("Southern Oaks"), hereby represents and discloses that Defendant and its parent company, West Gregory Street Care, Inc. ("West Gregory"), are privately held corporations and that no publicly held corporation owns 10% or more of Defendant's or West Gregory's stock.

DATED this 6th day of May, 2020.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Fax:         (407) 246-8441

By:   */s/ Todd R. Dobry*
      Amanda A. Simpson
      Florida Bar No. 0072817
      amanda.simpson@jacksonlewis.com
      Todd R. Dobry
      Florida Bar No. 109081
      todd.dobry@jacksonlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing pleading was filed with the Clerk of Court via CM/ECF and served via e-mail on the 6th day of May, 2020, to the following counsel of record:

Jeremiah J. Talbott, Esq.
LAW OFFICE OF J.J. TALBOTT
900 E. Moreno Street
Pensacola, FL  32503
jjtalbott@talbottlawfirm.com
civilfilings@talbottlawfirm.com

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　*/s/ Todd R. Dobry*
　　　　　　　　　　　　　　Attorney
4838-2337-4011, v. 3